

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------x Civil Action No.: CV-05-819(SLT)(KAM)
UNITED STATES OF AMERICA,        §
                                 §
                    Plaintiff,   §
  - against-                     §
                                 §
DOUGLAS E. BEAL,                 §
                                 §
                    Defendant.   §
----------------------------------------x

FILED
IN CLERK'S OFFICE
U. S. DISTRICT COURT E.D. N.Y.
★ AUG 2 5 2005 ★
TIME A.M. _____
P.M. _____

## DEFAULT JUDGMENT

Because Douglas E. Beal failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Douglas E. Beal:

**Claim No. C100-01706W**

| | |
|---|---|
| Principal Balance: | $2,648.00 |
| Total Interest Accrued at 8.000%: | $3,128.48 |
| Filing and Service of Process: | $290.00 |
| Subtotal: | $6,066.48 |
| Attorney's Fees: | $1,213.30 |
| Total Owed: | $ |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
August 19, 2005

_____
Sandra Townes
United States District Judge